# In the United States Court of Federal Claims

No. 19-498C
(Filed: February 9, 2021)

```
************************************
CONSTRUCTORA GUZMAN, S.A.,        *
                                  *
              Plaintiff,          *
                                  *
     v.                           *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
************************************
```

## ORDER

On January 15, 2021, Plaintiff in the above-captioned case filed a Consent Motion to Extend Deadlines in the Scheduling Order (ECF No. 33). Plaintiff's motion includes proposed new deadlines for discovery and filings in this case. Plaintiff's motion is made with Defendant's consent.

For good cause shown, Plaintiff's motion is **GRANTED**, and the schedule is amended as follows:

(1) The parties shall complete non-expert discovery on or before **February 17, 2021**.

(2) The parties shall make expert disclosures on liability on or before **March 22, 2021**.

(3) The parties shall file dispositive motions on or before **April 28, 2021**. Deadlines for responses and replies shall be as stated in Rule 7.2(b).

**IT IS SO ORDERED.**

s/ Thompson M. Dietz
THOMPSON M. DIETZ
Judge